PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00072-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| SHERRELL DAVIS, | DATE: May 27, 2016 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 27, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until June 17, 2016, and to exclude time between May 27, 2016, and June 17, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes an extensive amount of tax information and tax returns, interview summaries, bank records, and various other categories of information together totaling over 17,000 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    b)    Counsel for defendant desires additional time to consult with his client, to conduct

2    investigation and research related to the charges, and to review and analyze the discovery, as

3    well as to discuss potential resolutions with his client and to otherwise prepare for trial.

4    c)    Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny him/her the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7    d)    The government does not object to the continuance.

8    e)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10    original date prescribed by the Speedy Trial Act.

11    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12    et seq., within which trial must commence, the time period of May 27, 2016 to June 17, 2016,

13    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14    because it results from a continuance granted by the Court at defendant's request on the basis of

15    the Court's finding that the ends of justice served by taking such action outweigh the best interest

16    of the public and the defendant in a speedy trial.

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

2

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1       4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4       IT IS SO STIPULATED.

5

6   Dated:  May 26, 2016                        PHILLIP A. TALBERT
                                           Acting United States Attorney

7

8                                            /s/ CHRISTOPHER S. HALES
                                       CHRISTOPHER S. HALES
                                       Assistant United States Attorney

9

10

11  Dated:  May 26, 2016                        /s/ MARK REICHEL
                                       MARK REICHEL

12                                           Counsel for Defendant
                                       SHERRELL DAVIS

13

14

15

16                              **FINDINGS AND ORDER**

17      IT IS SO FOUND AND ORDERED.

18      Dated:  May 27, 2016

19

20  _____

21  GARLAND E. BURRELL, JR.
    Senior United States District Judge

22

23

24

25

26

27

28