PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>          v.<br><br>SHERRELL DAVIS,<br><br>                Defendant. | CASE NO.  2:16-CR-00072-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: June 17, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 17, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until July 29, 2016, and to exclude time between June 17, 2016, and July 29, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes an extensive amount of tax information and tax returns, interview summaries, bank records, and various other categories of information together totaling over 17,000 pages.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client, to conduct investigation and research related to the charges, and to continue to review and analyze the discovery, as well as to discuss potential resolutions with his client and to otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 17, 2016 to July 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4         IT IS SO STIPULATED.

5

6    Dated:  June 14, 2016                    PHILLIP A. TALBERT
                                              Acting United States Attorney
7

8                                            /s/ CHRISTOPHER S. HALES
                                             CHRISTOPHER S. HALES
9                                            Assistant United States Attorney

10

11   Dated:  June 14, 2016                    /s/ MARK REICHEL
                                              MARK REICHEL
12                                           Counsel for Defendant
                                             SHERRELL DAVIS
13

14

15

16                          **[PROPOSED] FINDINGS AND ORDER**

17        IT IS SO FOUND AND ORDERED.

18   Dated:  June 14, 2016

19

20   _____

21   GARLAND E. BURRELL, JR.
     Senior United States District Judge
22

23

24

25

26

27

28