PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SHERRELL DAVIS,<br><br>                              Defendant. | CASE NO.  2:16-CR-00072-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 2, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 2, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until September 16, 2016, and to exclude time between September 2, 2016, and September 16, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes an extensive amount of tax information and tax returns, interview summaries, bank records, and various other categories of information together totaling over 17,000 pages.  All of this discovery has been either produced directly to counsel and/or made available for inspection

1    and copying.

2          b)      Counsel for defendant desires additional time in particular to continue reviewing

3    and analyzing the lengthy discovery and to further consult with his client, as well as to conduct

4    investigation and research related to the charges and discuss potential resolutions with his client

5    and to otherwise prepare for trial.

6          c)      Counsel for defendant believes that failure to grant the above-requested

7    continuance would deny him the reasonable time necessary for effective preparation, taking into

8    account the exercise of due diligence.

9          d)      The government does not object to the continuance.

10         e)      Based on the above-stated findings, the ends of justice served by continuing the

11   case as requested outweigh the interest of the public and the defendant in a trial within the

12   original date prescribed by the Speedy Trial Act.

13         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14   et seq., within which trial must commence, the time period of September 2, 2016 to September

15   16, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

16   Code T4] because it results from a continuance granted by the Court at defendant's request on

17   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

18   best interest of the public and the defendant in a speedy trial.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6  Dated:  September 1, 2016                           PHILLIP A. TALBERT
                                                       Acting United States Attorney

7

8                                                      /s/ CHRISTOPHER S. HALES
                                                       CHRISTOPHER S. HALES
9                                                      Assistant United States Attorney

10

11  Dated:  September 1, 2016                          /s/ MARK REICHEL
                                                       MARK REICHEL
12                                                     Counsel for Defendant
                                                       SHERRELL DAVIS

13

14

15

16                              **FINDINGS AND ORDER**

17    IT IS SO FOUND AND ORDERED.

18    Dated:  September 1, 2016

19

20  _____

21  GARLAND E. BURRELL, JR.
    Senior United States District Judge

22

23

24

25

26

27

28