PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-00072-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| SHERRELL DAVIS, | DATE: September 16, 2016 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on September 16, 2016.

2.     By this stipulation, defendant now moves to continue the status conference until October 21, 2016, and to exclude time between September 16, 2016, and October 21, 2016, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes an extensive amount of tax information and tax returns, interview summaries, bank records, and various other categories of information together totaling over 17,000 pages.  All of this discovery has been either produced directly to counsel and/or made available for inspection

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1 and copying.

2   b) Counsel for defendant desires additional time in particular to continue reviewing

3 and analyzing the lengthy discovery and to further consult with his client, as well as to conduct

4 investigation and research related to the charges and discuss potential resolutions with his client

5 and to otherwise prepare for trial. In particular, defense counsel has an upcoming meeting

6 scheduled with defendant for the purpose of discussing the evidence and discovery in the case,

7 which is necessary for purposes of attorney preparation and to determine how to proceed in this

8 case.

9   c) Counsel for defendant believes that failure to grant the above-requested

10 continuance would deny him the reasonable time necessary for effective preparation, taking into

11 account the exercise of due diligence.

12   d) The government does not object to the continuance.

13   e) Based on the above-stated findings, the ends of justice served by continuing the

14 case as requested outweigh the interest of the public and the defendant in a trial within the

15 original date prescribed by the Speedy Trial Act.

16   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

17 et seq., within which trial must commence, the time period of September 16, 2016 to October 21,

18 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

19 T4] because it results from a continuance granted by the Court at defendant's request on the basis

20 of the Court's finding that the ends of justice served by taking such action outweigh the best

21 interest of the public and the defendant in a speedy trial.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 15, 2016                    PHILLIP A. TALBERT
                                              Acting United States Attorney


                                              /s/ CHRISTOPHER S. HALES
                                              CHRISTOPHER S. HALES
                                              Assistant United States Attorney


Dated:  September 15, 2016                    /s/ MARK REICHEL
                                              MARK REICHEL
                                              Counsel for Defendant
                                              SHERRELL DAVIS


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3