PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-00072-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| SHERRELL DAVIS, | DATE: February 10, 2017
TIME: 9:00 a.m.
COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 10, 2017.

2. By this stipulation, defendant now moves to continue the status conference until February 24, 2017, and to exclude time between February 10, 2017, and February 24, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes an extensive amount of tax information and tax returns, interview summaries, bank records, and various other categories of information together totaling over 17,000 pages.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time, in particular to continue reviewing and analyzing the lengthy discovery, and to further consult with his client, as well as to conduct investigation and research related to the charges and discuss potential resolutions with his client and to otherwise prepare for trial. In particular, defense counsel has an upcoming meeting scheduled with defendant for the purpose of discussing the evidence and discovery in the case, which is necessary for purposes of attorney preparation and to determine how to proceed in this case.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 10, 2017 to February 24, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 9, 2017      PHILLIP A. TALBERT
                             United States Attorney


                             /s/ CHRISTOPHER S. HALES
                             CHRISTOPHER S. HALES
                             Assistant United States Attorney


Dated: February 9, 2017      /s/ MARK REICHEL
                             MARK REICHEL
                             Counsel for Defendant
                             SHERRELL DAVIS


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 9, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge