PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHERRELL DAVIS, <br><br> Defendant. | CASE NO. 2:16-CR-00072-GEB <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER <br><br> DATE: March 3, 2016 <br> TIME: 9:00 a.m. <br> COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 24, 2017.

2. By this stipulation, defendant now moves to continue the status conference until March 3, 2017, and to exclude time between February 24, 2017 and March 3, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes an extensive amount of tax information and tax returns, interview summaries, bank records, and various other categories of information together totaling over 17,000 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1    b) Counsel for defendant desires additional time in particular to continue reviewing and analyzing the lengthy discovery and to further consult with his client, as well as to conduct investigation and research related to the charges and discuss potential resolutions with his client and to otherwise prepare for trial. In particular, defense counsel has an upcoming meeting scheduled with defendant for the purpose of discussing the evidence and discovery in the case, which is necessary for purposes of attorney preparation and to determine how to proceed in this case.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 24, 2017 to March 3, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 21, 2017                       PHILLIP A. TALBERT
                                                Acting United States Attorney


                                                 /s/ CHRISTOPHER S. HALES

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT

CHRISTOPHER S. HALES
Assistant United States Attorney

Dated: February 21, 2017

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
SHERRELL DAVIS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3