UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SHERRELL DAVIS,<br><br>        Defendant. | No. 2:16-cr-00072-GEB<br><br>**NON RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DIONNA J. BRADSHAW, and<br>PORSHA D. DICKENS,<br><br>        Defendants. | No. 2:17-cr-00039-JAM |

On March 3, 2017, the United States of America filed a "Notice of Related Cases" in which it states in pertinent part "that there may be some savings of judicial effort by relating these cases before the same . . . judge, but it does not appear that those savings will be 'substantial' or eliminate 'substantial duplication of labor' within the meaning of Local Rule 123. For that reason, the government is not suggesting or requesting that either action be reassigned at this time." Since it has not been shown that these cases should be related at this

1

1   time, the cases are not related.

2         Dated:  March 10, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2