MARK J. REICHEL, State Bar #155034
REICHEL & PLESSER L.L.P.
455 CAPITOL MALL, 8th FLOOR, Suite 802
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (888) 567-2949
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
SHERRELL DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>         Plaintiff,         )<br>                             )<br>    v.                       )<br>                             )<br>                             )<br>                             )<br>SHERRELL DAVIS               )<br>                             )<br>         Defendant.          )<br>_____ | Case No. 16-072 GEB<br><br>**EX PARTE DEFENSE REQUEST FOR EXTENSION OF SELF SURRENDER DATE BASED UPON SCHEDULED MEDICAL SURGERY**<br><br>Date:  N/A<br>Judge: GARLAND E. BURRELL, JR. |

**EX PARTE REQUEST FOR EXTENSION OF SELF SURRENDER DATE**

Ms. Davis submits this request ex parte.

Status of case: Her scheduled date for surrender of sentence is October 20,2017. She was sentenced by this court to a term of 18 months incarceration on August 25, 2017.  Ms. Davis has no prior criminal record before this case, and she is 43 years old, and is a single mother of 2 young boys.  She has been on pretrial release since April 22, 216.

EX PARTE REQUEST TO EXTEND SELF SURRENDER

Medical condition: Ms. Davis is scheduled for a hysteroscopic Myomectomy surgical operation on October 24, 2017.

Ms. Davis has severe anemia. On July 1st of 2016 she had a blood transfusion because of a serious amount of blood loss and her body not producing replacement. Her primary care doctor recommended slowing her blood flow through her menstrual cycle and her gynecologist inserted a device which should have helped. It was supposed to slow the blood flow and she has had it for a year and, although it has actually slowed, she suffers bleeding for 21 days out of the month and almost every other cycle she has one day of intense flow of blood released. Over a weekend in late September 2017 she passed extremely large blood clots and she lost a lot of blood. The surgery is scheduled now for October 24th for her as fibroids are within and bulging into the uterine cavity.

Defense counsel has provided the government with the proof of the condition and the proof of the scheduled surgery as well.

<u>Requested Order</u>: She requests that this Court enter an Order as follows:

The defendant's previously set date for self surrender of sentence is hereby continued to the date of November 17, 2017.  All other prior terms and orders of her release shall remain in full force and effect.


DATED: October 16, 2017

/s/ *Mark J. Reichel*

MARK J. REICHEL
ATTORNEY AT LAW

EX PARTE REQUEST TO EXTEND SELF SURRENDER