Reichel & Plesser, LLP
Mark J. Reichel, SBN #155034
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
(916) 498-9258
mark@reichellaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHERRELL DAVIS<br><br>Defendant. | Case No. 16-072 GEB<br><br>**ORDER EXTENDING DATE FOR SELF SURRENDER**<br><br>Date: N/A<br>Time:<br>Judge: HON. GARLAND E. BURRELL, JR. |

Based upon sufficient medical records provided by the defendant to the United States, addressing the defendant's need for a further surgical medical procedure, it is hereby stipulated by the parties that the date for the self surrender of the defendant shall be continued to the date of January 20, 2018. Defendant was at the beginning of a surgery on October 24, 2017, when numerous fibrous masses were discovered, otherwise previously unknown. She is now scheduled for surgery on December 12, 2017

The surgery requires a of 6 weeks post operative recovery. Ms. Davis has her final follow up appointment on January 16, 2018. Her surgeon has written to request that her incarceration be put off to at least January 20, 2018.

ORDER It is hereby Ordered that the date for the self surrender of the defendant for service of sentence previously imposed shall be extended to January 20, 2018. All other remaining terms and conditions of her release shall remain in full force and effect.

DATED: November 15, 2017

IT IS SO ORDERED.

Dated: November 16, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge